IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOSEPH LABOR,**

 **Petitioner,**

**vs.**               **Case No.: 2:14-cv-0299**
                 **JUDGE SMITH**
                 **Magistrate Judge Kemp**

**ICE, IMMIGRATION,**

 **Respondent.**

## ORDER

 On July 10, 2014, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Respondent's Motion to Dismiss for Lack of Jurisdiction be granted. (*See* Doc. 9). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

 The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Respondent's Motion to Dismiss is hereby **GRANTED** and this action is **DISMISSED**.

 The Clerk shall remove Documents 4, 8, and 9 from the Court's pending motions list and close this case.

  **IT IS SO ORDERED**.

               */s/ George C. Smith*
               **GEORGE C. SMITH, JUDGE**
               **UNITED STATES DISTRICT COURT**